# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TRACY OCHE, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | **Case No. 3:22-cv-834-X** |
| v. ) ) | |
| NATIONAL MATH AND SCIENCE ) INITIATIVE, ) ) | |
| Defendant. ) ) | |

## NOTICE OF DISMISSAL

Plaintiff Tracy Oche ("Plaintiff") hereby gives notice that this action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   September 16, 2022                Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger (admitted pro hac vice)
**MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (847) 208-4585
gklinger@milberg.com

JOE KENDALL
Texas Bar No. 11260700
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
214-744-3000 / 214-744-3015 (Facsimile)
jkendall@kendalllawgroup.com

Daniel O. Herrera (admitted pro hac vice)
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603

>Telephone: (312) 782-4880
>Facsimile: (312) 782-4485
>dherrera@caffertyclobes.com
>
>*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2022, I caused the foregoing document to be filed with the Clerk of this Court via the Court's CM/ECF system, which will cause a true and correct copy to be served electronically on all counsel of record.

>*/s/ Gary M. Klinger*
>Gary M. Klinger