UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRACY OCHE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-00834-X |
| | § | |
| NATIONAL MATH AND SCIENCE INITIATIVE, | § § § | |
| | § | |
| *Defendant.* | | |

## DISMISSAL ORDER

In accordance with the plaintiff's *Notice of Dismissal* [Doc. No. 23], the Court **DISMISSES WITHOUT PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 19th day of September, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE